STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:   310.556.5800
Facsimile:    310.556.5959
Email:         *lacalendar@stroock.com*

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAX NETWORK USA, INC.,<br><br>       Plaintiff,<br><br>       vs.<br><br>TERRY SELB; TYLER BENNETT; AND GEORGE PLOURDE; ASSURED TAX RELIEF, LLC; AMERICAN TAX SERVICE, LLC; ELITE SALES SOLUTIONS, INC.; GETATAXLAWYER.COM, LLC; AMERICAN TAX SOLUTIONS, LLC; J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York Corporation, and Corporate Roes 1 through 10, and DOES 1 through 10,<br><br>       Defendants. | Case No. 2:22-cv-01894 MCS (GJSx)<br><br>**PROOF OF SERVICE** |

LA 52652316v1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, 18th Floor, Los Angeles, CA 90067-3086.

On March 23, 2022, I served the foregoing document(s) described as:

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; and**

**INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE MARK C. SCARSI**

on the interested parties in this action as follows:

Greg Kirakosian, Esq.
KIRAKOSIAN LAW APC
Historic Engine Co.
644 S. Figueroa St.
Los Angeles, CA 90017
Email: greg@kirakosianlaw.com

☑ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 23, 2022, at Los Angeles, California.

_____      _____
Ovidio Sandoval
[Type or Print Name]                              [Signature]

- 1 -

LA 52652316v1

PROOF OF SERVICE
Caes No. 2:22-cv-01894 MCS (GJSx)