STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email:    *lacalendar@stroock.com*

Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
     erroneously sued as J.P. MORGAN CHASE
   NATIONAL CORPORATE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAX NETWORK USA, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>TERRY SELB, TYLER BENNETT AND GEORGE PLOURDE, ASSURED TAX RELIEF, LLC, AMERICAN TAX SERVICE, LLC, ELITE SALES SOLUTIONS, INC., GETATAXLAWYER.COM, LLC, AMERICAN TAX SOLUTIONS, LLC, J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York Corporation, and Corporate Roes 1 through 10, and DOES 1 through 10,<br><br>  Defendants. | Case No. 2:22-cv-01894-MCS-GJS<br><br>[Assigned to Hon. Mark C. Scarsi]<br><br>**STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Action filed: February 4, 2022<br>Removal: March 23, 2022 |

1  Defendant JPMorgan Chase Bank, N.A. ("Chase"), erroneously sued as J.P. Morgan Chase National Corporate Services, Inc., and plaintiff Tax Network USA, Inc. ("Plaintiff," and together with Chase, the "Parties") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 4, 2022, Plaintiff filed its Complaint (EFC No. 1-1) in the Superior Court of the State of California, County of Los Angeles, Case Number 22STCV4528;

WHEREAS, Chase was served the Summons and Complaint on February 28, 2022;

WHEREAS, on March 23, 2022, Chase timely filed and served a Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, removing the above-captioned case to this Court, on the basis that Plaintiff's first cause of action in the Complaint for alleged violation of 18 U.S.C. § 1962 (¶¶ 14-24) provided federal question jurisdiction;

WHEREAS, on March 25, 2022, Plaintiff filed a First Amended Complaint ("FAC"), which does not allege claims under 18 U.S.C. § 1962 or any other federal law against Chase or any other defendant in this action;

WHEREAS, since the filing of the FAC, counsel for Plaintiff and counsel for Chase have met and conferred regarding the allegations in the FAC and Plaintiff's request to remand the action to the Superior Court of the State of California, County of Los Angeles;

WHEREAS, in exchange for Chase's agreement to remand the case to the Superior Court of the State of California, County of Los Angeles, Plaintiff has agreed that it will not file an amended complaint in state court alleging any claims under federal law; and

WHEREAS, the Parties have agreed that they will not seek an order requiring any other Party to pay costs or expenses, including attorney fees, incurred as a result of removal under 28 U.S.C. § 1447(c);

NOW THEREFORE, the Parties, through their undersigned counsel of record, hereby stipulate and jointly move the Court for an Order as follows:

1. In light of Plaintiff's dismissal of the first cause of action in the Complaint under 18 U.S.C. § 1962, which provided a basis for subject matter jurisdiction in this Court, Plaintiff respectfully requests that the Court exercise its discretion by remanding this action to the Superior Court of the State of California, County of Los Angeles.  See <u>Harrell v. 20th Century Ins. Co.</u>, 934 F.2d 203, 205 (9th Cir. 1991) (holding that it is within a district court's discretion either to retain jurisdiction to adjudicate the state claims or to remand them to state court after the basis for removal jurisdiction is dropped from the proceedings); and

2. Once the this action is remanded to the Superior Court of the State of California, County of Los Angeles, Plaintiff agrees that it will not file an amended complaint alleging any claims under federal law.

Dated:  April 7, 2022

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
JULIETA STEPANYAN

By:     */s/ Julieta Stepanyan*
             Julieta Stepanyan

Attorneys for Defendant
  JPMORGAN CHASE BANK, N.A.
  erroneously sued as J.P. MORGAN
  CHASE NATIONAL CORPORATE
  SERVICES, INC.

Dated: April 7, 2022

KLASS, HELMAN & ROSS
ROBERT M. ROSS

By: _____*/s/ Robert M. Ross*_____
           Robert M. Ross

Attorneys for Plaintiff
   TAX NETWORK USA, INC.

**ECF SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Robert M. Ross, counsel for Plaintiff Tax Network USA, Inc., and that I have obtained Mr. Ross's authorization to affix his electronic signature to this document.

Dated:  April 7, 2022

*/s/ Julieta Stepanyan*
Julieta Stepanyan

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

ECF SIGNATURE CERTIFICATION
Case No. 2:22-cv-1894

LA 52655389

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, a copy of the foregoing **STIPULATION TO REMAND ACTION TO STATE COURT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Julieta Stepanyan*
Julieta Stepanyan

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

CERTIFICATE OF SERVICE
Case No. 2:22-cv-1894

LA 52655389