JS-6

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAX NETWORK USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY SELB, TYLER BENNETT AND GEORGE PLOURDE, ASSURED TAX RELIEF, LLC, AMERICAN TAX SERVICE, LLC, ELITE SALES SOLUTIONS, INC., GETATAXLAWYER.COM, LLC, AMERICAN TAX SOLUTIONS, LLC, J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York Corporation, and Corporate Roes 1 through 10, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01894-MCS-GJS<br><br>[Assigned to Hon. Mark C. Scarsi]<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT (ECF NO. 11)** |

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation to Remand Action to State Court, filed jointly by counsel for plaintiff Tax Network USA, Inc. ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Chase"), erroneously sued as J.P. Morgan Chase National Corporate Services, Inc., in this matter and having considered the contents therein, and finding good cause shown, the Court hereby GRANTS the stipulation and orders as follows:

1. **The Court declines supplemental jurisdiction over this action. 28 U.S.C. § 1367(c)(3).** This action is hereby remanded to the Superior Court of the State of California, County of Los Angeles; and

2. ~~Once this action is remanded to the Superior Court of the State of California, County of Los Angeles, Plaintiff shall not file an amended complaint alleging any claims under federal law.~~ **The Court lacks jurisdiction to order Plaintiff to fulfill its agreement not to state federal claims.**

**IT IS SO ORDERED**.

Dated: April 8, 2022

*[signature: Mark C. Scarsi]*

Mark C. Scarsi
United States District Judge

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT
Case No. 2:22-cv-01894-MCS-GJS